ALICE C. WING, Appellant, *v.* NATIONAL SURETY CORPORATION, Respondent.

HENRY CHENEY, Appellant, *v.* NATIONAL SURETY CORPORATION, Respondent.

Argued April 18, 1940; decided May 21, 1940.

604

*Leo O. Coupe* and *Henry F. Coupe* for appellants.

*Roy H. Callahan* for respondent.

In each action: Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Taking no part: SEARS and LEWIS, JJ.